# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

United States Courts
Southern District of Texas
FILED

MAR 1 5 2013

David J. Bradley, Clerk of Court

No. 12-20605

In re: WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE CORPORATION; WACHOVIA CORPORATION; WORLD MORTGAGE COMPANY, also known as World Mortgage Co.; WELLS FARGO & COMPANY; WELLS FARGO HOME MORTGAGE, INC.,

    Petitioners

Petition for a Writ of Mandamus to the
Southern District of Texas, Houston

Before HIGGINBOTHAM, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the petition for writ of mandamus is *denied*.