IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR | § | |
| EMPLOYMENT PRACTICES LITIGATION | § | MULTI-DISTRICT LITIGATION |
| (NO. III) | § | CASE NO. 4:11-md-2266 |

**PLAINTIFFS' CERTIFICATION OF ISSUANCE OF CLASS NOTICE**

Plaintiffs Raymond Richardson, Judith Gott, Angela Kolmansberger, James Chaplin, Lucy Gonzalez, Donna Lynn Pontello, and Bill Earley, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"), by and through Plaintiffs' Lead Counsel, do hereby certify that, as of the date of the filing of this pleading, notice has been issued by the claims administrator via first-class U.S. mail to those class members whose names and last known addresses are set forth on the class lists provided to date by defendants to Plaintiffs' Lead Counsel. Plaintiffs further certify that, as of the date of the filing of this pleading, a website dedicated to this proceeding, known as www.WellsFargoWachoviaOvertime.com, has been launched.

Dated: June 12, 2013                Respectfully submitted,

/s/ Rhonda H. Wills
Rhonda H. Wills (Lead Counsel)
State Bar No. 00791943
Federal I.D. No. 20699
WILLS LAW FIRM, PLLC
1776 Yorktown, Suite 600
Houston, Texas  77056
(713) 528-4455
(713) 528-2047 (Fax)

/s/ R. Paul Yetter
R. Paul Yetter (Lead Counsel)
State Bar No. 22154200
Reagan W. Simpson
State Bar No. 18404700
YETTER COLEMAN LLP
909 Fannin, Suite 3600
Houston, Texas 77010
(713) 632-8000
(713) 632-8002 (Fax)

Diana E. Marshall
State Bar No. 13025500
MARSHALL & LEWIS, LLP
1010 Lamar Street, Suite 450
Houston, Texas 77002
(713) 655-0300
713) 655-0130 (Fax)

John M. Padilla
State Bar No. 00791395
PADILLA, RODRIGUEZ & DE LA GARZA, L.L.P.
1776 Yorktown Street, Suite 110
Houston, Texas 77056
(713) 574-4600
(713) 574-4601 (Fax)

ATTORNEYS FOR PLAINTIFFS & PUTATIVE CLASSES

**Certificate of Service**

I certify that the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will in turn send a notice of the electronic filing to all counsel of record, on this 12th day of June, 2013.

/s/ Autry W. Ross
Autry W. Ross