IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | § § § § § § | MULTI-DISTRICT LITIGATION CASE NO. 4:11-md-2266 (*RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.; C.A. NO. 4:11-CV-04949CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL.* C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

ERYN L ABERNATHY

---

Print Name

s/ ERYN L. ABERNATHY

---

Signature

06/25/2013

---

Date

---

**THE DEADLINE TO RETURN THIS CONSENT FORM IS OCTOBER 10, 2013**

By Mail:   Wells Fargo-Wachovia Overtime Litigation
c/o Class Action Administration, Inc.
PO Box 6877
Broomfield, CO 80021
(You may also use the enclosed reply envelope)
By Fax:   1-866-793-5404
By Email: info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | § § § § § § | MULTI-DISTRICT LITIGATION CASE NO. 4:11-md-2266 (*RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.;* C.A. NO. 4:11-CV-04949*CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL.* C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

ALLEN W ALPHA

---
Print Name

s/ ALLEN W ALPHA

---
Signature

06/24/2013

---
Date

| THE DEADLINE TO RETURN THIS CONSENT FORM IS OCTOBER 10, 2013 |
|---|
| By Mail:    Wells Fargo-Wachovia Overtime Litigation <br>            c/o Class Action Administration, Inc. <br>            PO Box 6877 <br>            Broomfield, CO 80021 <br>            (You may also use the enclosed reply envelope) <br> By Fax:   1-866-793-5404 <br> By Email: info@WellsFargoWachoviaOvertime.com <br> By Completing Online: www.WellsFargoWachoviaOvertime.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| | § | MULTI-DISTRICT LITIGATION |
| IN RE: WELLS FARGO WAGE AND HOUR | § | CASE NO. 4:11-md-2266 |
| EMPLOYMENT PRACTICES LITIGATION | § | (*RICHARDSON, ET AL. v. WELLS FARGO BANK,* |
| (NO. III) | § | *N.A.;* C.A. NO. 4:11-CV-04949*CHAPLIN, ET AL.* |
| | § | *v. WACHOVIA MORTGAGE CORP., ET AL.* |
| | § | C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

MAGDALENA BEAINI

_____
Print Name

s/ MAGDALENA BEAINI

_____
Signature

06/24/2013

_____
Date

---

**THE DEADLINE TO RETURN THIS CONSENT FORM IS
OCTOBER 10, 2013**

By Mail:   Wells Fargo-Wachovia Overtime Litigation
c/o Class Action Administration, Inc.
PO Box 6877
Broomfield, CO 80021
(You may also use the enclosed reply envelope)
By Fax:  1-866-793-5404
By Email: info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

---

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (No. III) | § § § § § § | MULTI-DISTRICT LITIGATION CASE NO. 4:11-md-2266 (*RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.; C.A. No. 4:11-CV-04949CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL. C.A. No. 4:11-CV-0638*) |

## CONSENT FORM                          JUN 25 2013

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

Amanda E Been
**Print Name**

*[signature]*
**Signature**

6/25/13
**Date**

---

**THE DEADLINE TO RETURN THIS CONSENT FORM IS OCTOBER 10, 2013**

By Mail:   Wells Fargo-Wachovia Overtime Litigation
c/o Class Action Administration, Inc.
PO Box 6877
Broomfield, CO 80021
(You may also use the enclosed reply envelope)
By Fax:   1-866-793-5404
By Email: info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com



WWF801659

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |
|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (No. III) | § § § § § § | MULTI-DISTRICT LITIGATION CASE NO. 4:11-MD-2266 (*RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.*; C.A. NO. 4:11-CV-04949*CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL.* C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

Katherine Bernal
Print Name

_(signature)_
Signature

6-20-13
Date

**THE DEADLINE TO RETURN THIS CONSENT FORM IS OCTOBER 10, 2013**

By Mail:   Wells Fargo-Wachovia Overtime Litigation
c/o Class Action Administration, Inc.
PO Box 6877
Broomfield, CO 80021
(You may also use the enclosed reply envelope)
By Fax:  1-866-793-5404
By Email: info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801659


WWF801695

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | § § § § § § | MULTI-DISTRICT LITIGATION CASE NO. 4:11-md-2266 (*RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.*; C.A. NO. 4:11-CV-04949*CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL.* C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

Donald G. Bowlin
Print Name

*Donald J. Bowlin*
Signature

6/21/13
Date

**THE DEADLINE TO RETURN THIS CONSENT FORM IS OCTOBER 10, 2013**

By Mail:  Wells Fargo-Wachovia Overtime Litigation
c/o Class Action Administration, Inc.
PO Box 6877
Broomfield, CO 80021
(You may also use the enclosed reply envelope)
By Fax:  1-866-793-5404
By Email: info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801695


WWF801683

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | § § § § § § | MULTI-DISTRICT LITIGATION CASE NO. 4:11-md-2266 (RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.; C.A. NO. 4:11-CV-04949CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL. C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

_Dennie/ Bowman_
Print Name

_[signature]_
Signature

_6-17-13_
Date

**THE DEADLINE TO RETURN THIS CONSENT FORM IS OCTOBER 10, 2013**

By Mail:   Wells Fargo-Wachovia Overtime Litigation
           c/o Class Action Administration, Inc.
           PO Box 6877
           Broomfield, CO 80021
           (You may also use the enclosed reply envelope)
By Fax:    1-866-793-5404
By Email:  info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801683

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| | § | MULTI-DISTRICT LITIGATION |
| IN RE: WELLS FARGO WAGE AND HOUR | § | CASE NO. 4:11-MD-2266 |
| EMPLOYMENT PRACTICES LITIGATION | § | (*RICHARDSON, ET AL. V. WELLS FARGO BANK,* |
| (NO. III) | § | *N.A.; C.A. NO. 4:11-CV-04949CHAPLIN, ET AL.* |
| | § | *V. WACHOVIA MORTGAGE CORP., ET AL.* |
| | § | C.A. NO. 4:11-CV-0638) |

### CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

DEBORAH A BRIGGS

---
Print Name

s/ DEBORAH A. BRIGGS

---
Signature

06/24/2013

---
Date

| | |
|---|---|
| **THE DEADLINE TO RETURN THIS CONSENT FORM IS** | |
| **OCTOBER 10, 2013** | |
| By Mail: | Wells Fargo-Wachovia Overtime Litigation |
| | c/o Class Action Administration, Inc. |
| | PO Box 6877 |
| | Broomfield, CO 80021 |
| | (You may also use the enclosed reply envelope) |
| By Fax: | 1-866-793-5404 |
| By Email: info@WellsFargoWachoviaOvertime.com | |
| By Completing Online: www.WellsFargoWachoviaOvertime.com | |



WWF801703

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) § § § § § § | MULTI-DISTRICT LITIGATION CASE NO. 4:11-md-2266 *(RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.; C.A. NO. 4:11-CV-04949CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL. C.A. NO. 4:11-CV-0638)* |

## CONSENT FORM

**JUN 25 2013**

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

KELVIN BROWN
_____
Print Name

_____
Signature

6/25/2013
_____
Date

---

**THE DEADLINE TO RETURN THIS CONSENT FORM IS OCTOBER 10, 2013**

By Mail:   Wells Fargo-Wachovia Overtime Litigation
            c/o Class Action Administration, Inc.
            PO Box 6877
            Broomfield, CO 80021
            (You may also use the enclosed reply envelope)
By Fax:   1-866-793-5404
By Email: info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801703



WWF801658

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | § § § § § § | MULTI-DISTRICT LITIGATION CASE NO. 4:11-md-2266 (*RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.*; C.A. NO. 4:11-CV-04949*CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL.* C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

John Burton
_____
Print Name

John Burton
_____
Signature

6/19/2013
_____
Date

THE DEADLINE TO RETURN THIS CONSENT FORM IS
OCTOBER 10, 2013

By Mail:    Wells Fargo-Wachovia Overtime Litigation
            c/o Class Action Administration, Inc.
            PO Box 6877
            Broomfield, CO 80021
            (You may also use the enclosed reply envelope)
By Fax:     1-866-793-5404
By Email:   info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801658


WWF801700

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | § § § § § § | MULTI-DISTRICT LITIGATION CASE NO. 4:11-md-2266 (*RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.*; C.A. NO. 4:11-CV-04949*CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL.* C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

*Christina Butler*
Print Name

*Christina Butler*
Signature

6/21/2013
Date

THE DEADLINE TO RETURN THIS CONSENT FORM IS OCTOBER 10, 2013

By Mail:   Wells Fargo-Wachovia Overtime Litigation
c/o Class Action Administration, Inc.
PO Box 6877
Broomfield, CO 80021
(You may also use the enclosed reply envelope)
By Fax:   1-866-793-5404
By Email: info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801700



WWF801656

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| § | MULTI-DISTRICT LITIGATION |
| IN RE: WELLS FARGO WAGE AND HOUR § | CASE NO. 4:11-md-2266 |
| EMPLOYMENT PRACTICES LITIGATION § | (*RICHARDSON, ET AL. v. WELLS FARGO BANK,* |
| (NO. III) § | *N.A.; C.A. NO. 4:11-CV-04949CHAPLIN, ET AL.* |
| § | *v. WACHOVIA MORTGAGE CORP., ET AL.* |
| § | C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

Stuart Chaplin
Print Name

_____
Signature

6/19/13
Date

**THE DEADLINE TO RETURN THIS CONSENT FORM IS OCTOBER 10, 2013**

By Mail: Wells Fargo-Wachovia Overtime Litigation
c/o Class Action Administration, Inc.
PO Box 6877
Broomfield, CO 80021
(You may also use the enclosed reply envelope)
By Fax: 1-866-793-5404
By Email: info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801656


WWF801692

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | § § § § § § | MULTI-DISTRICT LITIGATION<br>CASE NO. 4:11-MD-2266<br>(*RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.*; C.A. NO. 4:11-CV-04949*CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL.*<br>C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

Hope M Chappell-Kelley
_____
Print Name

_____
Signature

6-21-2013
_____
Date

**THE DEADLINE TO RETURN THIS CONSENT FORM IS OCTOBER 10, 2013**

By Mail: Wells Fargo-Wachovia Overtime Litigation
c/o Class Action Administration, Inc.
PO Box 6877
Broomfield, CO 80021
(You may also use the enclosed reply envelope)
By Fax: 1-866-791-5404
By Email: info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801692



WWF801677

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | §<br>§<br>§<br>§<br>§<br>§ | MULTI-DISTRICT LITIGATION<br>CASE NO. 4:11-md-2266<br>(*RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.*; C.A. NO. 4:11-CV-04949*CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL.*<br>C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

_ALLAN COHEN_
Print Name

_(signature)_
Signature

_06/20/2013_
Date

THE DEADLINE TO RETURN THIS CONSENT FORM IS
OCTOBER 10, 2013

By Mail:   Wells Fargo-Wachovia Overtime Litigation
           c/o Class Action Administration, Inc.
           PO Box 6877
           Broomfield, CO 80021
           (You may also use the enclosed reply envelope)
By Fax:    1-866-793-5404
By Email:  info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801677



# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |  |
|---|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | § § § § § § | MULTI-DISTRICT LITIGATION CASE NO. 4:11-md-2266 (*RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.*; C.A. NO. 4:11-CV-04949*CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL.* C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

Christine L. Crau
**Print Name**

*(signature)*
**Signature**

6/23/13
**Date**

**THE DEADLINE TO RETURN THIS CONSENT FORM IS OCTOBER 10, 2013**

By Mail: Wells Fargo-Wachovia Overtime Litigation
c/o Class Action Administration, Inc.
P.O. Box 6877
Broomfield, CO 80021
(You may also use the enclosed reply envelope)
By Fax: 1-866-793-5404
By Email: info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com


WWF801697

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| | § | MULTI-DISTRICT LITIGATION |
| IN RE: WELLS FARGO WAGE AND HOUR | § | CASE NO. 4:11-md-2266 |
| EMPLOYMENT PRACTICES LITIGATION | § | (RICHARDSON, ET AL. V. WELLS FARGO BANK, |
| (NO. III) | § | N.A.; C.A. NO. 4:11-CV-04949 CHAPLIN, ET AL. |
| | § | V. WACHOVIA MORTGAGE CORP., ET AL. |
| | § | C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

JOHN CUCCIA
Print Name

*John Cuccia*
Signature

6/21/2013
Date

THE DEADLINE TO RETURN THIS CONSENT FORM IS
OCTOBER 10, 2013

By Mail:   Wells Fargo-Wachovia Overtime Litigation
           c/o Class Action Administration, Inc.
           PO Box 6877
           Broomfield, CO 80021
           (You may also use the enclosed reply envelope)
By Fax:    1-866-793-5404
By Email:  info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801697

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | § § § § § § |  MULTI-DISTRICT LITIGATION CASE NO. 4:11-md-2266 (*RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.; C.A. NO. 4:11-CV-04949CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL.* C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

LARRY L DAVIS

---
Print Name

s/ LARRY L DAVIS

---
Signature

06/24/2013

---
Date

---

**THE DEADLINE TO RETURN THIS CONSENT FORM IS
OCTOBER 10, 2013**

By Mail:  Wells Fargo-Wachovia Overtime Litigation
c/o Class Action Administration, Inc.
PO Box 6877
Broomfield, CO 80021
(You may also use the enclosed reply envelope)
By Fax:  1-866-793-5404
By Email: info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | § § § § § § |

MULTI-DISTRICT LITIGATION
CASE NO. 4:11-md-2266
(*RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.*; C.A. NO. 4:11-CV-04949*CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL.*
C.A. NO. 4:11-CV-0638)

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

MICHAEL DOUGLAS

_____
Print Name

s/ MICHAEL DOUGLAS

_____
Signature

06/25/2013

_____
Date

---

**THE DEADLINE TO RETURN THIS CONSENT FORM IS
OCTOBER 10, 2013**

By Mail:    Wells Fargo-Wachovia Overtime Litigation
c/o Class Action Administration, Inc.
PO Box 6877
Broomfield, CO 80021
(You may also use the enclosed reply envelope)
By Fax:  1-866-793-5404
By Email: info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com



# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| | § | MULTI-DISTRICT LITIGATION |
| IN RE: WELLS FARGO WAGE AND HOUR | § | CASE NO. 4:11-md-2266 |
| EMPLOYMENT PRACTICES LITIGATION | § | (RICHARDSON, ET AL. V. WELLS FARGO BANK, |
| (NO. III) | § | N.A.; C.A. NO. 4:11-CV-04949CHAPLIN, ET AL. |
| | § | V. WACHOVIA MORTGAGE CORP., ET AL. |
| | § | C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

_Elaine A. Dreher_
Print Name

_[signature]_
Signature

_6-20-2013_
Date

**THE DEADLINE TO RETURN THIS CONSENT FORM IS OCTOBER 10, 2013**

By Mail: Wells Fargo-Wachovia Overtime Litigation
c/o Class Action Administration, Inc.
PO Box 6877
Broomfield, CO 80021
(You may also use the enclosed reply envelope)
By Fax: 1-866-793-5404
By Email: info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com



WWF801693

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | § § § § § § | MULTI-DISTRICT LITIGATION CASE NO. 4:11-md-2266 (RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.; C.A. NO. 4:11-CV-04949 CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL. C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

Dione Dunbar
Print Name

_(signature)_
Signature

6-19-13
Date

THE DEADLINE TO RETURN THIS CONSENT FORM IS
OCTOBER 10, 2013

By Mail:   Wells Fargo-Wachovia Overtime Litigation
c/o Class Action Administration, Inc.
PO Box 6877
Broomfield, CO 80021
(You may also use the enclosed reply envelope)
By Fax:   1-866-793-5404
By Email: info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801693



WWF801706

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | § § § § § § |

MULTI-DISTRICT LITIGATION
CASE NO. 4:11-md-2266
(*RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.; C.A. NO.* 4:11-CV-04949*CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL.* C.A. NO. 4:11-CV-0638)

**CONSENT FORM**

JUN 25 2013

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

_Kimberly K. Durham_
Print Name

_[signature]_
Signature

_6-24-2013_
Date

**THE DEADLINE TO RETURN THIS CONSENT FORM IS OCTOBER 10, 2013**

By Mail:   Wells Fargo Wachovia Overtime Litigation
c/o Class Action Administration, Inc.
PO Box 6877
Broomfield, CO 80021
(You may also use the enclosed reply envelope)
By Fax: 1-866-793-5404
By Email: info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801706


WWF801664

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | § § § § § § | MULTI-DISTRICT LITIGATION CASE NO. 4:11-md-2266 (*RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.; C.A. No. 4:11-CV-04949CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL.* C.A. No. 4:11-cv-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

Daniel Eguiguren
Print Name

_(signature)_
Signature

6/21/13.
Date

**THE DEADLINE TO RETURN THIS CONSENT FORM IS OCTOBER 10, 2013**

By Mail:  Wells Fargo-Wachovia Overtime Litigation
c/o Class Action Administration, Inc.
PO Box 6877
Broomfield, CO 80021
(You may also use the enclosed reply envelope)
By Fax:  1-866-793-5404
By Email: info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801664


WWF801680

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | § § § § § § | MULTI-DISTRICT LITIGATION CASE NO. 4:11-md-2266 (*RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.; C.A. NO. 4:11-CV-04949CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL.* C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

_THOMAS B. ENGLISH_
Print Name

_[signature]_
Signature

_6-20-2013_
Date

THE DEADLINE TO RETURN THIS CONSENT FORM IS
OCTOBER 10, 2013

By Mail:   Wells Fargo-Wachovia Overtime Litigation
           c/o Class Action Administration, Inc.
           PO Box 6877
           Broomfield, CO 80021
           (You may also use the enclosed reply envelope)
By Fax:    1-866-793-5404
By Email:  info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801680


WWF801666

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | § § § § § § | MULTI-DISTRICT LITIGATION CASE NO. 4:11-md-2266 (*RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.*; C.A. NO. 4:11-CV-04949*CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL.* C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

JOSEPH T. HANFORD
Print Name

_Signature_
Signature

6-21-13
Date

THE DEADLINE TO RETURN THIS CONSENT FORM IS
OCTOBER 10, 2013

By Mail:   Wells Fargo-Wachovia Overtime Litigation
           c/o Class Action Administration, Inc.
           PO Box 6877
           Broomfield, CO 80021
           (You may also use the enclosed reply envelope)
By Fax:    1-866-793-5404
By Email:  info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801666


WWF801667

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | § § § § § § | MULTI-DISTRICT LITIGATION CASE NO. 4:11-md-2266 (*RICHARDSON, ET AL. v. WELLS FARGO BANK, N.A.;* C.A. NO. 4:11-CV-04949*CHAPLIN, ET AL. v. WACHOVIA MORTGAGE CORP., ET AL.* C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

*Edward A. Hidalgo*
Print Name

Signature

6/22/13
Date

THE DEADLINE TO RETURN THIS CONSENT FORM IS
OCTOBER 10, 2013

By Mail: Wells Fargo-Wachovia Overtime Litigation
c/o Class Action Administration, Inc.
PO Box 6877
Broomfield, CO 80021
(You may also use the enclosed reply envelope)
By Fax: 1-866-793-5404
By Email: info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801667



WWF801671

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| | § | MULTI-DISTRICT LITIGATION |
| IN RE: WELLS FARGO WAGE AND HOUR | § | CASE NO. 4:11-md-2266 |
| EMPLOYMENT PRACTICES LITIGATION | § | (*RICHARDSON, ET AL. V. WELLS FARGO BANK,* |
| (NO. III) | § | *N.A.;* C.A. NO. 4:11-CV-04949*CHAPLIN, ET AL.* |
| | § | *V. WACHOVIA MORTGAGE CORP., ET AL.* |
| | § | C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

Boyd L. Higby
Print Name

Signature

6/20/13
Date

**THE DEADLINE TO RETURN THIS CONSENT FORM IS
OCTOBER 10, 2013**

By Mail: Wells Fargo-Wachovia Overtime Litigation
c/o Class Action Administration, Inc.
PO Box 6877
Broomfield, CO 80021
(You may also use the enclosed reply envelope)
By Fax: 1-866-793-5404
By Email: info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801671


WWF801676

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| | § | MULTI-DISTRICT LITIGATION |
| IN RE: WELLS FARGO WAGE AND HOUR | § | CASE NO. 4:11-MD-2266 |
| EMPLOYMENT PRACTICES LITIGATION | § | (*RICHARDSON, ET AL. V. WELLS FARGO BANK,* |
| (NO. III) | § | *N.A.;* C.A. NO. 4:11-CV-04949*CHAPLIN, ET AL.* |
| | § | *V. WACHOVIA MORTGAGE CORP., ET AL.* |
| | § | C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

Karen Jacobsen
Print Name

_(signature)_
Signature

6 - 19 -13
Date

**THE DEADLINE TO RETURN THIS CONSENT FORM IS OCTOBER 10, 2013**

By Mail:    Wells Fargo-Wachovia Overtime Litigation
c/o Class Action Administration, Inc.
PO Box 6877
Broomfield, CO 80021
(You may also use the enclosed reply envelope)
By Fax:   1-866-793-5404
By Email:  info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801676


WWF801657

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | §<br>§<br>§<br>§<br>§<br>§ | MULTI-DISTRICT LITIGATION<br>CASE NO. 4:11-md-2266<br>(*RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.; C.A. NO. 4:11-CV-04949CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL.*<br>C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

Brenda L. Kees
Print Name

*Brenda L. Kees*
Signature

6-21-13
Date

**THE DEADLINE TO RETURN THIS CONSENT FORM IS OCTOBER 10, 2013**

By Mail:    Wells Fargo-Wachovia Overtime Litigation
            c/o Class Action Administration, Inc.
            PO Box 6877
            Broomfield, CO 80021
            (You may also use the enclosed reply envelope)
By Fax:    1-866-793-5404
By Email: info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801657

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | § § § § § § |  MULTI-DISTRICT LITIGATION CASE NO. 4:11-MD-2266 (*RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.;* C.A. NO. 4:11-CV-04949*CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL.* C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

YUN KIM
_____
Print Name

s/ YUN KIM
_____
Signature

06/24/2013
_____
Date

---

**THE DEADLINE TO RETURN THIS CONSENT FORM IS OCTOBER 10, 2013**

By Mail:   Wells Fargo-Wachovia Overtime Litigation
c/o Class Action Administration, Inc.
PO Box 6877
Broomfield, CO 80021
(You may also use the enclosed reply envelope)
By Fax:   1-866-793-5404
By Email: info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | § § § § § § | MULTI-DISTRICT LITIGATION CASE NO. 4:11-md-2266 (RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.; C.A. No. 4:11-CV-04949CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL. C.A. No. 4:11-CV-0638) |

### CONSENT FORM

JUN 25 2013

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

RANDY KOPF
_____
Print Name

_____
Signature

6-21-2013
_____
Date

THE DEADLINE TO RETURN THIS CONSENT FORM IS
OCTOBER 10, 2013

By Mail:   Wells Fargo-Wachovia Overtime Litigation
           c/o Class Action Administration, Inc.
           PO Box 6877
           Broomfield, CO 80021
           (You may also use the enclosed reply envelope).
By Fax:    1-866-793-5404
By Email:  info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801708


WWF801686

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |  |
|---|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | § § § § § § | MULTI-DISTRICT LITIGATION CASE NO. 4:11-MD-2266 (*RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.;* C.A. NO. 4:11-CV-04949*CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL.* C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

Edgardo A. Lago
Print Name

Signature

6/17/13
Date

**THE DEADLINE TO RETURN THIS CONSENT FORM IS OCTOBER 10, 2013**

By Mail: Wells Fargo-Wachovia Overtime Litigation
c/o Class Action Administration, Inc.
PO Box 6877
Broomfield, CO 80021
(You may also use the enclosed reply envelope)
By Fax: 1-866-793-5404
By Email: info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801686



WWF801701

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) § § § § § § | MULTI-DISTRICT LITIGATION CASE NO. 4:11-md-2266 (*RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.;* C.A. No. 4:11-cv-04949*CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL.* C.A. No. 4:11-cv-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

Glenn A. Leach
Print Name

Signature

6/21/13
Date

**THE DEADLINE TO RETURN THIS CONSENT FORM IS OCTOBER 10, 2013**

By Mail:   Wells Fargo-Wachovia Overtime Litigation
            c/o Class Action Administration, Inc.
            PO Box 6877
            Broomfield, CO  80021
            (You may also use the enclosed reply envelope)
By Fax:    1-866-793-5404
By Email:  info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801701



## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | § § § § § § | MULTI-DISTRICT LITIGATION CASE NO. 4:11-md-2266 (*RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.;* C.A. NO. 4:11-CV-04949*CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL.* C.A. NO. 4:11-CV-0638) |

### CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

Justin Lee
_____
Print Name

_____
Signature

6/21/2013
_____
Date

> **THE DEADLINE TO RETURN THIS CONSENT FORM IS OCTOBER 10, 2013**
>
> By Mail: Wells Fargo-Wachovia Overtime Litigation
> c/o Class Action Administration, Inc.
> PO Box 6877
> Broomfield, CO 80021
> (You may also use the enclosed reply envelope)
> By Fax: 1-866-793-5404
> By Email: info@WellsFargoWachoviaOvertime.com
> By Completing Online: www.WellsFargoWachoviaOvertime.com


WWF801651

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | § § § § § § | MULTI-DISTRICT LITIGATION CASE NO. 4:11-MD-2266 (*RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.;* C.A. NO. 4:11-CV-04949*CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL.* C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

Chad Lubben
Print Name

*Chad Lubben (signature)*
Signature

6/21/13
Date

THE DEADLINE TO RETURN THIS CONSENT FORM IS
OCTOBER 10, 2013

By Mail:    Wells Fargo-Wachovia Overtime Litigation
            c/o Class Action Administration, Inc.
            PO Box 6877
            Broomfield, CO 80021
            (You may also use the enclosed reply envelope)
By Fax:    1-866-793-5404
By Email: info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801651


WWF801713

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | § § § § § § | MULTI-DISTRICT LITIGATION CASE NO. 4:11-md-2266 (*RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.*; C.A. NO. 4:11-CV-04949*CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL.* C.A. NO. 4:11-CV-0638) |

### CONSENT FORM

JUN 25 2013

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

JOHN JOSEPH MARRON

Print Name

_____
Signature

6/25/2013

Date

**THE DEADLINE TO RETURN THIS CONSENT FORM IS OCTOBER 10, 2013**

By Mail: Wells Fargo-Wachovia Overtime Litigation
c/o Class Action Administration, Inc.
PO Box 6877
Broomfield, CO 80021
(You may also use the enclosed reply envelope)
By Fax: 1-866-793-5404
By Email: info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801713


WWF801670

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | §<br>§<br>§<br>§<br>§<br>§ | MULTI-DISTRICT LITIGATION<br>CASE NO. 4:11-MD-2266<br>(*RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.;* C.A. NO. 4:11-CV-04949*CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL.*<br>C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

James L. McCulloch
Print Name

*James L. McCulloch*
Signature

6/21/13
Date

**THE DEADLINE TO RETURN THIS CONSENT FORM IS
OCTOBER 10, 2013**

By Mail:   Wells Fargo-Wachovia Overtime Litigation
c/o Class Action Administration, Inc.
PO Box 6877
Broomfield, CO 80021
(You may also use the enclosed reply envelope)
By Fax:   1-866-793-5404
By Email: info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801670

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | § § § § § § | MULTI-DISTRICT LITIGATION CASE NO. 4:11-MD-2266 (*RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.; C.A. NO. 4:11-CV-04949CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL.* C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

ELLIOTT R MCKINNON JR

---
Print Name

s/ ELLIOTT R. MCKINNON JR.

---
Signature

06/24/2013

---
Date

---

**THE DEADLINE TO RETURN THIS CONSENT FORM IS OCTOBER 10, 2013**

By Mail:  Wells Fargo-Wachovia Overtime Litigation
c/o Class Action Administration, Inc.
PO Box 6877
Broomfield, CO 80021
(You may also use the enclosed reply envelope)
By Fax:  1-866-793-5404
By Email: info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com



WWF801662

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | § § § § § § | MULTI-DISTRICT LITIGATION CASE NO. 4:11-md-2266 (RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.; C.A. NO. 4:11-CV-04949CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL. C.A. NO. 4:11-CV-0638) |

### CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

_Donald D. Meyer_
Print Name

_Donald D. Meyer_
Signature

_6/15/2013_
Date

---

**THE DEADLINE TO RETURN THIS CONSENT FORM IS
OCTOBER 10, 2013**

By Mail:  Wells Fargo-Wachovia Overtime Litigation
c/o Class Action Administration, Inc.
PO Box 6877
Broomfield, CO 80021
(You may also use the enclosed reply envelope)
By Fax:  1-866-793-5404
By Email: info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801662



WWF801646

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | § § § § § § | MULTI-DISTRICT LITIGATION CASE NO. 4:11-md-2266 (*RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.*; C.A. NO. 4:11-CV-04949 *CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL.* C.A. NO. 4:11-CV-0638) |

JUN 24 2013

## CONSENT FORM

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

Angela Miller
Print Name

Angela Miller
Signature

6.24.13
Date

---

**THE DEADLINE TO RETURN THIS CONSENT FORM IS OCTOBER 10, 2013**

By Mail:  Wells Fargo-Wachovia Overtime Litigation
c/o Class Action Administration, Inc.
PO Box 6877
Broomfield, CO 80021
(You may also use the enclosed reply envelope)

By Fax:  1-866-793-5404

By Email: info@WellsFargoWachoviaOvertime.com

By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801646


WWF801714

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: WELLS FARGO WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION (NO. III) | § § § § § § | MULTI-DISTRICT LITIGATION CASE NO. 4:11-md-2266 (*RICHARDSON, ET AL. V. WELLS FARGO BANK, N.A.;* C.A. NO. 4:11-CV-04949*CHAPLIN, ET AL. V. WACHOVIA MORTGAGE CORP., ET AL.* C.A. NO. 4:11-CV-0638) |

## CONSENT FORM

JUN 2 5 2013

I hereby consent to join as a party-plaintiff seeking damages and other relief that may be appropriate. I also consent to join any subsequent action to assert these claims, as necessary. I choose to be represented by Rhonda H. Wills (WILLS LAW FIRM, PLLC) and R. Paul Yetter (YETTER COLEMAN, LLP), and any other attorneys with whom they may associate, to represent me for all purposes. I designate and authorize the representative-plaintiffs as my agents to make decisions on my behalf concerning the case, the method and manner of conducting the case, entering into a contingency fee agreement concerning attorneys' fees and case expenses, entering into a settlement agreement, and all other matters pertaining to this litigation.

I understand that by signing this Consent Form, I will be bound by the judgment of the Court on all issues. I will also be bound by and will share in, as the Court may approve, any settlement that may be negotiated on behalf of all the plaintiffs.

Elizabeth A Moore
Print Name

*Elizabeth a Moore*
Signature

June 14, 2013
Date

THE DEADLINE TO RETURN THIS CONSENT FORM IS
OCTOBER 10, 2013
By Mail: Wells Fargo-Wachovia Overtime Litigation
c/o Class Action Administration, Inc.
PO Box 6877
Broomfield, CO 80021
(You may also use the enclosed reply envelope)
By Fax: 1-866-793-5402
By Email: info@WellsFargoWachoviaOvertime.com
By Completing Online: www.WellsFargoWachoviaOvertime.com

WWF801714