United States District Court
Southern District of Texas
FILED
NOV 2 1 2016
David J. Bradley, Clerk of Court

No. 15-20711

D.C. Docket No. 4:11-MD-2266

United States Court of Appeals
Fifth Circuit
**FILED**
October 14, 2016
Lyle W. Cayce
Clerk

RAYMOND RICHARDSON; JUDITH GOTT; ANGELA KOLMANSBERGER; JAMES CHAPLIN; LUCY GONZALES; DONNA LYNN PONTELLO; BILL EARLY,

    Plaintiffs - Appellants

v.

WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE CORPORATION; WACHOVIA CORPORATION; WORLD MORTGAGE COMPANY, also known as World Mortgage Co.; WELLS FARGO & COMPANY; WELLS FARGO HOME MORTGAGE, INCORPORATED,

    Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Houston

Before KING, SMITH, and COSTA, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on **Nov 21, 2016**

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 21, 2016

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 15-20711    Raymond Richardson, et al v. Wells Fargo
                          Bank, N.A., et al
                          USDC No. 4:11-MD-2266

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  James deMontluzin, Deputy Clerk
                                  504-310-7679

cc:
    Mr. Lonny Jacob Hoffman
    Mr. David B. Jordan
    Mr. Lindbergh Porter Jr.
    Mr. Reagan William Simpson
    Mr. Daniel L. Thieme
    Mr. Christian J. Ward
    Ms. Rhonda Hunter Wills
    Mr. Richard Paul Yetter